```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                       NOV 19 2012

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                 BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,  )
          Plaintiff,  )  Case No. 2:11-mj-740-CWH
          vs.  )  **ORDER RESCHEDULING HEARING**
Juan Carrillo-Mares  )
          Defendant.  )

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, January 8, 2013, is rescheduled to **Tuesday, February 5, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

DATED this __19th__ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge